UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
------------------------------------------------------x
In Re:
      WILLIE KATHRYN SUGGS,      Case No. 15-10854-smb

                        Debtor.      Chapter 7
------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed application of BSI Financial Services ("Movant") as servicer for Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee (the "Secured Creditor"), a hearing will be held before the Honorable Stuart M. Bernstein, Bankruptcy Judge, to consider the Secured Creditor's motion for an Order granting relief as follows:

Objections, if any, to the Motion must be made in writing and served upon and received by counsel for Movant, Charles Jeanfreau, Weinstein & Riley, P.S., 11 Broadway, Suite 615, New York, NY 10004, and in the Honorable Stuart M Bernstein's chambers on or before December 6, 2016. Unless objections are received by that time, the Motion may be granted.

**Date and time of hearing: December 13, 2016 at 10:00 AM**

     **Location:**        **1 BOWLING GREEN**
                             **COURTROOM 723**
                             **NEW YORK, NY 10004**

Dated: November 14, 2016

                                          /s/ Charles Jeanfreau
                                          Charles Jeanfreau
                                          Weinstein & Riley, P.S.
                                          Attorney for BSI Financial Services
                                          11 Broadway, Suite 615
                                          New York, NY 10004
                                          Phone: 2122685540
                                          Fax: 6464789370
                                          Email: charlesj@w-legal.com

Weinstein & Riley, P.S.
Charles Jeanfreau
11 Broadway, Suite 615
New York, NY 10004
Phone: 212-268-5540
Fax: 646-478-9370
Email: charlesj@w-legal.com
Attorneys for Movant

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------

| | |
|---|---|
| In re | : |
| | : Case No. 15-10854-smb |
| | : |
| **WILLIE KATHRYN SUGGS,** | : Chapter 7 |
| | : |
| Debtor**.** | : |
| | : |
| | : |

---------------------------------------------------------- x

## MOTION FOR RELIEF FROM STAY

    BSI Financial Services ("Movant"), as servicer for Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC its trustee  (the "Secured Creditor"), submits this motion for entry of an order terminating the automatic stay pursuant to section 362(d) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") to permit Movant to pursue its rights with respect to the premises located at  38 Hamilton Terrace, New York, NY 10031 owned by Willie Kathryn Suggs (the "Debtor").

    Movant holds a valid, perfected first lien on the Property to secure payment on a note (the "Note") in the principal amount of $1,500,00.00. The Debtor has been in default on her payments under the Note since April 1, 2014.

1

«MAT_AccountID»

## JURISDICTION, VENUE AND PREDICATES FOR RELIEF

1. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334.

2. Venue of the Motion is proper in this district pursuant to 28 U.S.C § 1409(a).

3. The predicates for the relief sought in the Motion are 28 U.S.C. §362(d), Rule 4001 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001-1.

4. Attached are redacted copies of any documents that support the claim, such as promissory notes, mortgages and security agreements in support of right to seek relief from the automatic stay and foreclose if necessary.

## STATEMENT OF FACTS

5. On April 6, 2015, the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

6. On September 7, 2007 the Debtor executed a note (the "Note") in the amount of $1,500,000.00 in favor of Bank of America N.A.  Bank of America, N.A. endorsed the note in blank, which is currently in the possession of Secured Creditor either directly or through an Agent.  A copy of the Note is attached as Exhibit A.

7. To secure repayment of the Note, the Debtor executed and delivered to a Mortgage (the "Mortgage") dated September 7, 2007, encumbering the property located at 38 Hamilton Terrace, New York, NY 10031 (the "Property").  The Mortgage was recorded on November 11, 2007 in the Office of the City Register of the City of New York at CRFN: 2007000588730.  A copy of the Mortgage is attached as Exhibit B.

8. On November 19, 2014, Bank of America, N.A. assigned the Mortgage to Secured Creditor.  A copy of the assignment is attached as Exhibit C.

«MAT_AccountID»

9. The Debtor has been delinquent in her payments due under the Note since April 1, 2014.

10. As of October 24, 2016, the Debtor owed to Secured Creditor $947,162.81. On November 1, 2016, and on the first of each month thereafter, a payment of $4,552.63 will become due.

11. The Property has not been claimed exempt by the Debtor.

12. Section 362(d)(1) & (2) of the Bankruptcy Code provide:

On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying or conditioning such stay –
(1) for cause, including the lack of adequate protection of an interest in property of such party in interest;
(2) with respect to a stay of an act against property under subsection (a) of this section, if –
(A) the debtor does not have an equity in such property, and
(B) such property is not necessary to an effective reorganization.

13. Cause for stay relief under section 362(d)(1) is not defined in the Bankruptcy Code, and must be determined on a case-by-case basis based on an examination of the totality of circumstances. *Mac Donald v. Mac Donald (In re Mac Donald),* 755 F.2d 715, 717 (9th Cir.1985); *Kronemyer v. Am. Contractors Indem. Co. (In re Kronemyer),* 405 B.R. 915, 921 (9th Cir.BAP2009); *In re Reitnauer,* 152 F.3d 341, 343 n. 4 (5th Cir.1998); *In re Mendoza,* 111 F.3d 1264 (5th Cir.1997).

14. Cause exists to lift the stay in this case because the Debtor has been delinquent in her payments for several years. Secured Creditor's security interest in the Property is being significantly jeopardized by the Debtor's failure to make regular payments under the Mortgage while Secured Creditor is prohibited from pursuing lawful remedies to protect such security interest.

3

«MAT_AccountID»

14. Cause exists to lift the stay in this case because the Debtor has been delinquent in her payments for several years. Secured Creditor's security interest in the Property is being significantly jeopardized by the Debtor's failure to make regular payments under the Mortgage while Secured Creditor is prohibited from pursuing lawful remedies to protect such security interest.

15. Movant requests that the Court lift the stay with respect to the Property to permit Movant to pursue all of its rights, and grant such other relief as justice may require. Dated: November 14, 2016

/s/ Charles Jeanfreau
Charles Jeanfreau
Weinstein & Riley, P.S.
Attorney for Movant
11 Broadway, Suite 615
New York, NY 10004
Bar ID: 2958940
Phone: 2122685540
Fax: 6464789370
Email: charlesj@w-legal.com